**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-7814

_____

THOMAS LATTIE MCLAMB,

                                    Petitioner - Appellant,

        versus

PATRICIA R. STANSBERRY, Warden, LSCI Butner,
North Carolina,

                                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief
District Judge.  (CA-04-600-5-FL)

_____

Submitted:  May 25, 2005            Decided:  June 6, 2005

_____

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Lattie McLamb, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Lattie McLamb, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McLamb v. Stansberry, No. CA-04-600-5-FL (E.D.N.C. Oct. 19, 2004). We grant McLamb's motion to file a document styled as a formal brief, and we have considered the arguments therein. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED